# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARWIN L. ROBINSON, ) | 3:05-CV-00470-ECR-VPC |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| CRAIG FARWELL, *et al.*, ) | |
| Respondents. ) | |

An evidentiary hearing will be held in this action on August 22, 2007, at 10:00 a.m. before District Judge Edward C. Reed. This Court previously directed the parties to file a joint pre-hearing order at least 15 days prior to the evidentiary hearing. On August 7, 2007, the parties filed a joint request for a 2-day extension of time to file the pre-hearing order. (Docket #32). Having reviewed the motion and good cause appearing, the motion is granted.

**IT IS THEREFORE ORDERED** that the parties' joint motion for a 2-day enlargement of time to file the joint pre-hearing order (Docket #32) is **GRANTED.** The joint pre-hearing order **SHALL BE FILED NOT LATER THAN August 9, 2007.** No further extensions of time shall be granted with respect to the filing of the pre-hearing order.

Dated this 8th day of August, 2007.

_____for
EDWARD C. REED
UNITED STATES DISTRICT JUDGE